UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RE/MAX, LLC<br><br>            Plaintiff,<br><br>    -v-<br><br>Space Hunters, Inc. and John McDermott,<br><br>            Defendants. | 22-cv-5600 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

The parties have informed the Court that they have reached a settlement in principle. Accordingly, the Court hereby dismisses this case with prejudice, with leave to any party to move within 30 days from the date hereof to reopen the case and proceed to trial if the settlement is not fully effectuated.

    SO ORDERED.

New York, NY
August 5, 2022

_____
JED S. RAKOFF, U.S.D.J.

1